| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | RECUSAL ORDER | Case Number    CA H-13-271 |
|---|---|---|
| Style | Jason Shurb v. The University of Texas Health Science Center at Houston-School of Medicine et al | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed:

*[signature]*

Ewing Werlein, Jr.,
United States District Judge

Date:        February        , 2013