| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number   CA H-13-271 |
|---|---|
| Style | Jason Shurb v. The University of Texas Health Science Center at Houston-School of Medicine et al |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

*[signature]*

Ewing Werlein, Jr.,
United States District Judge

Date:   February 7, 2013