**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jason Shurb | § | |
| | § | |
| *versus* | § | Civil Action 4:13−cv−00271 |
| | § | |
| The University of Texas Health Science Center at Houston−School of Medicine, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Kenneth M. Hoyt.

Entered:  February 7, 2013                                          David J. Bradley, Clerk