IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

\* \* \* \* \*

| | |
|---|---|
| JASON SHURB,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON-SCHOOL OF MEDICINE; THE METHODIST HOSPITAL; PATRICIA E. CAVER, individually and in her official capacity as Director of Admissions and Student Affairs at the University of Texas Medical School at Houston; GIUSEPPE N. COLASURDO, individually and in his official capacity as Dean, University of Texas Medical School at Houston; MARGARET C. MCNEESE, individually and in her official capacity as Associate Dean for Admissions & Student Affairs; DOE I and DOES II-XX, inclusive,<br><br>      Defendants. | Civil Action No. 4:13-cv-00271 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

To the best of Plaintiff's knowledge the only persons subject to disclosure are Plaintiff, his undersigned counsel, and Defendants. Upon information and belief, Defendants The University of Texas Health Science Center at Houston-School of Medicine and The Methodist

///


///

1

Hospital are not publicly held companies.

DATED this 22th day of February, 2013.

            **THE BACH LAW GROUP, PLLC**

      By: _/s/ Jason J. Bach_
         JASON J. BACH, ESQ.
         State Bar No. 24071556
         Southern District of Texas No. 1331975
         2802 Flintrock Trace, Suite 255
         Austin, Texas 78738
         Telephone: (512) 879-3901
         Facsimile: (702) 925-8788
         Attorney in Charge for Plaintiff