# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: 4:13-CV-271

Plaintiff:
**Jason Shurb**

vs.

Defendant:
**The University of Texas Health Science Center at Houston-School of Medicine, et. al.**

For:
Jason J. Bach
The Bach Law Group, P.L.L.C.
6053 S. Fort Apache Road
Suite 130
Las Vegas, NV 89148

Received by K.S.P. Xpress on the 22nd day of March, 2013 at 12:29 pm to be served on **GIUSEPPE N. COLASURDO, 2102 Meadow Park Circle, Missouri City, Fort Bend County, TX 77459**.

I, Kenneth Picazio, being duly sworn, depose and say that on the **23rd day of March, 2013** at **10:10 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action / Plaintiff's Amended Complaint and Jury Demand / Order for Conference and Disclosure of Interested Parties** with the date of service endorsed thereon by me, to: **LESLIE** as **Spouse** at the address of: **2102 Meadow Park Circle, Missouri City, Fort Bend County, TX 77459**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Kenneth Picazio
SCH000000986 EXP 7/31/2014

Subscribed and Sworn to before me on the _25_ day of _March_, _2013_ by the affiant who is personally known to me.

NOTARY PUBLIC

RICHARD DILLON POURCHOT
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/19/2013

K.S.P. Xpress
957 Nasa Parkway
Suite 522
Houston, TX 77058
(281) 734-0443
Our Job Serial Number: KSP-2013000131

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Jason Shurb | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:13-cv-271 |
| The University of Texas Health Science Center at Houston-School of Medicine, et. al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Giuseppe N. Colasurdo
2102 Meadow Park Cir
Missouri City, TX 77459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason J. Bach, Esq.
The Bach Law Group, PLLC
2802 Flintrock Trace, Suite 255
Austin, TX 78738

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   DAVID J. BRADLEY

Date: FEB 25 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:13-cv-271

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GIUSEPPE N. COLASURDO
was received by me on *(date)* MARCH 22 2013.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* LESLIE (SPOUSE)
_____, a person of suitable age and discretion who resides there,
on *(date)* MARCH 23 2013, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/25/2013

*Kenneth Picazio*
Server's signature

KENNETH PICAZIO   PROCESS SERVER
Printed name and title

957 NASA PKWY. #522, HOUSTON TEXAS 77058
Server's address

Additional information regarding attempted service, etc: