IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § | |
|     Plaintiff, § | |
| § | Civil Action No. 4:13-cv-00271 |
| v. § | |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON– § | |
| SCHOOL OF MEDICINE, *et al.*, § | |
|     Defendants. § | |

STATE DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE KENNETH HOYT:

Now come Defendants, The University of Texas Health Science Center at Houston ("UTHealth"), Dr. Guiseppe N. Colasurdo, Dr. Margaret C. McNeese, and Patrica E. Caver (collectively, the "State Defendants"), and certify to the Court that to the best of Defendants' knowledge, the only persons/entities that are financially interested in the outcome of this litigation are the parties to this litigation.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    DAVID C. MATTAX
    Deputy Attorney General for Defense Litigation

    JAMES "BEAU" ECCLES
    Division Chief - General Litigation

/s/   Darren G. Gibson
**DARREN G. GIBSON**
**Attorney-in-Charge**
Texas Bar No. 24068846
Southern District ID No. 1041236
Darren.Gibson@texasattorneygeneral.gov
Office of the Attorney General
Assistant Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Certificate of Interested Persons was filed electronically utilizing the ECF filing system and a copy was sent via facsimile transmission on April 12, 2013, to:

JASON J. BACH, ESQ
Flintrock Trace, Suite 255
Austin, Texas 78738
*Attorney for Plaintiff*

/s/   Darren G. Gibson
**DARREN G. GIBSON**
Assistant Attorney General