IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § § *Plaintiff*, § § v. § § THE UNIVERISTY OF TEXAS HEALTH § SCIENCE CENTER AT HOUSTON- § SCHOOL OF MEDICINE; THE § METHODIST HOSPITAL; PATRICIA § E. CAVER, Individually and in her Official § Capacity as Director of Admissions and § Student Affairs at the University of Texas § Medical School at Houston; GIUSEPPE § N. COLASURDO, Individually and in his § Official Capacity as Dean at the University § of Texas Medical School at Houston; § MARGARET C. MCNEESE, Individually § And in her Official Capacity as Associate § Dean for Admissions and Student Affairs; § DOE I and DOES II-XX, inclusive, § § *Defendants*. § | Civil Action No. 4:13-cv-00271 |

**DEFENDANT THE METHODIST HOSPITAL'S
CERTIFICATE OF INTERESTED PARTIES**

Now comes Defendant The Methodist Hospital in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties, and certifies to the Court that to the best of Defendant's knowledge, the only persons/entities that are financially interested in the outcome of this litigation are the parties to this litigation.

Respectfully submitted,

**SCOTT PATTON PC**

By */s/ Dwight W. Scott, Jr.*
    **DWIGHT W. SCOTT, JR.**
    Texas Bar No. 24027968
    Southern District of Texas ID. No. 31936
    3939 Washington Avenue, Suite 203
    Houston, Texas 77007
    Telephone:   (281) 377-3266
    Facsimile:    (281) 377-3267
    dscott@scottpattonlaw.com

**Attorney-in-Charge for Defendant,
The Methodist Hospital**

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Jason J Bach
The Bach Law Group PLLC
2802 Flintrock Trace
Suite 255
Austin, TX 78738
512-879-3901
jbach@bachlawfirm.com

Darren Glenn Gibson
Texas Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711
512-463-2120
darren.gibson@texasattorneygeneral.gov

        */s/  Dwight W. Scott, Jr.*
        **DWIGHT W. SCOTT JR.**