# ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

---

**DARREN G. GIBSON**  
Assistant Attorney General  
General Litigation Division

PHONE:   (512) 463-2120  
FAX:   (512) 320-0667  
EMAIL: Darren.Gibson@texasattorneygeneral.gov

April 19, 2013

David J. Bradley  
USDC Southern District  
515 Rusk Ave., Rm. 5401  
Houston, Texas 77002

Re:   *Jason Shurb v. The University of Texas Health Science Center at Houston-School of Medicine, et al.*; Civ. A. No. 4:13-cv-00271; In the United States District Court, for the Southern District of Texas, Houston Division

Mr. Bradley,

    I, undersigned for Defendant(s), respectfully advise the Court that I will be on vacation out of state on May 16 and 17, 2013; July 3 through July 12, 2013; and October 11 and 14, 2013. I respectfully request that any hearings, conferences, trial, or other court appearances requiring my presence in the above-referenced matter not be scheduled during this period. I would also request no discovery be propounded during this period.

    Thank you for your courtesy and consideration in this matter.

Very truly yours,

*/s/ Darren G. Gibson*  
DARREN G. GIBSON  
Southern District No. 1041236  
Assistant Attorney General  
General Litigation Division  
(512) 463-2120

/llr  
cc:   Jason J. Bach, Esq.