# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § | |
|     Plaintiff, § | |
| § | Civil Action No. 4:13-cv-00271 |
| v. § | |
| § | |
| THE UNIVERSITY OF TEXAS § | |
| HEALTH SCIENCE CENTER AT § | |
| HOUSTON–SCHOOL OF MEDICINE, § | |
| *et al.*, § | |
|     Defendants. | |

## JOINT STATUS REPORT

TO THE HONORABLE KENNETH M. HOYT:

Defendants The University of Texas Health Science Center at Houston, Dr. Guiseppe N. Colasurdo, Dr. Margaret C. McNeese, and Patricia E. Caver (collectively, the "State Defendants"); Plaintiff Jason Shurb; and Defendant The Methodist Hospital respectfully submit this Joint Status Report in response to the Court's Order for Conference. (Doc. 6.)

Pursuant to the Court's order, the parties, through their undersigned counsel, held an initial Rule 26(f) conference by telephone on April 18, 2013. At that initial conference, the State Defendants informed the parties that the State Defendants will file a motion to dismiss Plaintiff's First Amendment Complaint. In addition, the State Defendants will file a motion to stay discovery pending the Court's ruling on the State Defendants' motion to dismiss and any subsequent pleadings regarding the Individual Defendants' qualified immunity defense, pursuant to established Fifth Circuit law.

1

Counsel for Methodist Hospital stated that Methodist Hospital was unopposed to such a motion to stay discovery. Counsel for Plaintiff stated that Plaintiff was unopposed to a stay of discovery pending the Court's ruling on the State Defendants' motion to dismiss, but reserved the right to reconsider the need for a stay once the Court rules on the motion to dismiss.

In light of the State Defendants' motions and the parties' agreement to stay discovery in this case, the parties have not yet conducted a full Rule 26(f) conference or prepared a joint discovery / case management plan. The parties plan to do so as soon as the anticipated stay of discovery is lifted. Furthermore, given the anticipated stay of discovery, the parties do not believe that the initial pretrial and scheduling conference scheduled for May 6, 2013 is necessary at this time. However, the parties will presume the scheduling conference is proceeding unless instructed otherwise by the Court.

Respectfully submitted,

   /s/   Darren G. Gibson
**DARREN G. GIBSON**
Attorney-in-charge
Texas Bar No. 24068846
Southern District ID No. 1041236
Darren.Gibson@texasattorneygeneral.gov
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
*Attorney in Charge for the State Defendants*

/s/ Jason J. Bach (by permission)
**JASON J. BACH, ESQ.**
State Bar No. 24071556
Southern District of Texas No. 1331975
2802 Flintrock Trace, Suite 255
Austin, Texas 78738
Telephone: (512) 879-3901
Facsimile: (702) 925-8788
*Attorney in Charge for Plaintiff*

  /s/ Dwight W. Scott, Jr. (by permission)
**DWIGHT W. SCOTT, JR.**
Texas Bar No. 24027968
Southern District of Texas ID. No. 31936
Scott Patton PC
3939 Washington Avenue, Suite 203
Houston, Texas 77007
Telephone: (281) 377-3266
Facsimile: (281) 377-3267
dscott@scottpattonlaw.com
*Attorney in Charge for Defendant The Methodist Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Jason J. Bach | Dwight W. Scott, Jr. |
| The Bach Law Group PLLC | Scott Patton PC |
| Flintrock Trace, Suite 255 | 3939 Washington Avenue, Suite 203 |
| Austin, Texas 78738 | Houston, Texas 77007 |
| 512-879-3901 | Telephone: (281) 377-3266 |
| jbach@bachlawfirm.com | dscott@scottpattonlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant The Methodist Hospital* |

          /s/ Darren G. Gibson
**DARREN G. GIBSON**
Assistant Attorney General