IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:13-cv-00271 |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON– § | |
| SCHOOL OF MEDICINE, *et al.*, § | |
|     Defendants. § | |

**ORDER GRANTING STATE DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Before the Court for consideration is the State Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Having considered the State Defendants' Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the motion is well founded and that it should be GRANTED.

ACCORDINGLY, it is therefore ORDERED that the State Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED; and it is further

ORDERED that Plaintiff's claims asserted against the State Defendant's in Plaintiff's Amended Complaint are hereby DISMISSED.

Signed this the _____ day of _____, 2013.

_____
HON. KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE