IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB,<br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT HOUSTON–<br>SCHOOL OF MEDICINE, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§ Civil Action No. 4:13-cv-00271<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY

Before the Court for consideration is the State Defendants' Unopposed Motion to Stay Discovery. Having considered the State Defendants' Unopposed Motion, and all pleadings on file, the Court is of the opinion it should be GRANTED.

ACCORDINGLY, it is therefore ORDERED that discovery in this case is stayed pending the Court's ruling on the State Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

Signed on this 25th day of April, 2013.

_____
HON. KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE