UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-271 |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON-SCHOOL OF § | |
| MEDICINE, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON May 6, 2013 at 9:00 AM**

**Appearance for Plaintiff**
Jason J. Bach

**Appearance for Defendant**
Darren Glenn Gibson
Dwight Willis Scott

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial disclosures: | June 30, 2013 |
| New parties/class allegations by: | June 30, 2013 |
| Plaintiff's experts to be designated by: | October 30, 2013 |
| Report furnished by: | October 30, 2013 |
| Defendant's experts to be designated by: | November 30, 2013 |
| Report furnished by: | November 30, 2013 |
| Discovery to be completed by: | January 31, 2014 |
| Dispositive motions due by: | January 31, 2014 |
| Docket call to be held at 11:30 a.m. on: | April 7, 2014 |
| Estimated trial time: Jury | TBA |

The following rulings were made:

Pending is the University of Texas' motion to dismiss. It is taken under advisement pending responses due on May 13, 2013.

It is so ORDERED.

SIGNED on this 6th day of May, 2013.

_____
Kenneth M. Hoyt
United States District Judge