# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB § <br> § Case No.:4:13-cv-271 <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE UNIVERSITY OF TEXAS HEALTH § <br> SCIENCE CENTER AT HOUSTON-SCHOOL § <br> OF MEDICINE, et al. § <br> § <br> Defendants. § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

TO THE HONORABLE KENNETH M. HOYT:

NOWS COME Plaintiff, JASON SHURB, filing this, Plaintiff's Unopposed Motion for Extension of Time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint, showing unto this honorable Court as follows:

I.

State Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint on April 22, 2013. Pursuant to Local Rule 7.3, Plaintiffs' response would be due on May 13, 2013.

II.

Plaintiff's counsel is experiencing some unexpected IT problems which made it impossible to complete his Response to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

III.

Plaintiff's request a two (2) day extension up to and including May 15, 2013 to file his Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

IV.

The undersigned counsel has contacted opposing counsel for State Defendants and counsel for Defendant, The Methodist Hospital, and they are unopposed to Plaintiff's request for a two (2) day extension.

WHEREFORE, Plaintiff requests that the Court grant this Motion for Extension of Time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint until May 15, 2013.

>Respectfully submitted:
>
>*/s/ Jason J. Bach*
>JASON J. BACH
>Texas State Bar No. 24071556
>THE BACH LAW GROUP, PLLC
>2802 Flintrock Trace, Suite 255
>Austin, Texas 78738
>Tel: (512) 879-3901
>Fax: (702) 925-8788
>Attorney in Charge for Plaintiff

## CERTIFICATE OF CONFERENCE

This is to certify that on May 13, 2013 a conference was held with counsel for Defendants regarding the relief requested in this motion. Darren G. Gibson, counsel for State Defendants, and Dwight W. Scott, Jr., counsel for Defendant, The Methodist Hospital, do not oppose the relief requested.

                *s/ Jason J. Bach*
                JASON J. BACH

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 13th day of May, 2013.

                *s/ Jason J. Bach*
                JASON J. BACH

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Darren G. Gibson
Attorney-in-charge
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Attorney for State Defendants

Dwight W. Scott, Jr.
Scott Patton PC
3939 Washington Avenue, Suite 203
Houston, TX 77007
Attorney for Defendant, The Methodist Hospital

                *s/ Jason J. Bach*
                JASON J. BACH