# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB § | |
| § | Case No.:4:13-cv-271 |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON-SCHOOL § | |
| OF MEDICINE, et al. § | |
| § | |
| Defendants. § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

On this date, came on to be heard Plaintiff's Unopposed Motion for Extension of Time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Having considered those pleadings, it appears to this Court that Plaintiff's Unopposed Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion is GRANTED.

IT IS THERE ORDERED that Plaintiff's time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint, is extended until May 15, 2013.

SIGNED this _____ day of _____, 2013.

_____
HON. KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE