IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB | § |
| | § Case No.:4:13-cv-271 |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| THE UNIVERSITY OF TEXAS HEALTH | § |
| SCIENCE CENTER AT HOUSTON-SCHOOL | § |
| OF MEDICINE, et al. | § |
| | § |
| Defendants. | § |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

On this date, came on to be heard Plaintiff's Unopposed Motion for Extension of Time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Having considered those pleadings, it appears to this Court that Plaintiff's Unopposed Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion is GRANTED.

IT IS THERE ORDERED that Plaintiff's time to Respond to State Defendants' Motion to Dismiss Plaintiff's Amended Complaint, is extended until May 15, 2013.

SIGNED this 15th day of May, 2013.

HON. KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE