# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB § | |
| § | Case No.:4:13-cv-271 |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON-SCHOOL § | |
| OF MEDICINE, et al. § | |
| § | |
| Defendants. § | |

### ORDER DENYING STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Before the Court for consideration is the State Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Having considered the State Defendants' Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the State Defendants' Motion should be DENIED.

ACCORDINGLY, it is therefore, ORDERED that the State Defendants' Motion to Dismiss Plaintiff's First Amended Compliant is DENIED.

SIGNED this _____ day of _____, 2013.

HON. KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE