UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SHURB, § | |
| § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 4:13-cv-271 |
| § | |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON-SCHOOL § | |
| OF MEDICINE, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, the defendants', The University of Texas Health Science Center at Houston, Dr. Guiseppe N. Colasurdo, Dr. Margaret C. McNeese and Patricia E. Caver (collectively, the "defendants"), motion for summary judgment is GRANTED. The plaintiff, Jason Shurb, shall take nothing by this suit. All relief not expressly granted is also DENIED.

This is a **Final Judgment**.

SIGNED on this 24th day of October, 2014.

_____
Kenneth M. Hoyt
United States District Judge