# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JASON SHURB, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:13-cv-00271 |
| v. | § | |
| | § | |
| THE UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON– | § | |
| SCHOOL OF MEDICINE, *et al.,* | § | |
| *Defendants.* | § | |

## ITEMIZATION OF SERVICE OF SUPOENAS, WITNESS FEES, DEPOSITION COSTS AND FEES FOR RECORDS

| | | | |
|---|---|---|---|
| 11-26-13 | Marty Cirkiel | Easy Serve (service) | $ 65.00 |
| 12-16-13 | Sharon Shurb | Integrity Legal Support (deposition) | $ 110.00 |
| 12-16-13 | Sharon Shurb | Integrity Legal Support (witness fee) | $ 40.00 |
| 12-30-13 | Jason Shurb | Integrity Legal Support (deposition) | $ 224.50 |
| 12-30-13 | Dr. Joyce Davidson, MD | Integrity Legal Support (deposition) | $ 319.00 |
| 12-30-13 | Dr. Randolf Evans, MD | Integrity Legal Support (deposition) | $ 242.00 |
| 12-31-13 | Sharon Shurb | Easy Serve (service) | $ 65.00 |
| 01-03-14 | Dr. Randall Sellers | Integrity Legal Support (deposition) | $ 360.00 |
| 01-15-14 | Joyce E. Davidson, MD | Easy Serve (service) | $ 65.00 |
| 01-15-14 | Joyce E. Davidson, MD | Easy Serve (witness fee) | $ 40.00 |
| 02-03-14 | Dr. Harrison Yoo | Integrity Legal Support (deposition) | $ 459.22 |
| 04-03-14 | Jason Shurb | Integrity Legal Support (deposition) | $ 1,655.70 |
| 04-07-14 | Jason Shurb | Integrity Legal Support (deposition) | $ 1,681.25 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 04-15-14 | Marty Cirkiel | Easy Serve (service) | $ 77.00 |
| 04-15-14 | Marty Cirkiel | Easy Serve (witness fee) | $ 40.00 |
| 04-16-14 | Dr. Joyce Davidson | Integrity Legal Support (deposition) | $ 774.60 |
| 04-21-14 | Jason Shurb | Integrity Legal Support (audio trans) | $ 757.35 |
| 05-08-14 | Martin Cirkiel | Integrity Legal Support (deposition) | $ 351.20 |
| 05-09-14 | Patricia Caver | Certified Court Reporters | $ 254.50 |
| 05-09-14 | Dr. Sheela Lahoti | Certified Court Reporters | $ 316.02 |
| 05-09-14 | Dr. Margaret McNeese | Certified Court Reporters | $ 214.96 |
| 05-26-14 | Jason Shurb | Integrity Legal Support (medical recs) | $ 75.00 |
| | | TOTAL | $ 8,187.30 |



**easy serve**
P O BOX 52490
Houston, TX 77052

2013121601702 9

2013 DEC 16 AM 8:15

ATTORNEY GENERAL
ACCOUNTING DIV.

PEGGY HAMIL
GENERAL LITIGATION
P O Box 12548 (MC 019)
AUSTIN, TX 78711

INVOICE: 765-21855501
INVOICE DATE: 12/15/2013
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | 133404806 |
| **CAUSE #:** | 4:13-CV-00271 |
| **PLAINTIFF:** | JASON SHURB |
| **DEFENDANT:** | UNIVERSITY OF TX HEALTH SCIENCE CENTER AT HOUSTON |
| **DOCUMENTS:** | SUBPOENA IN A CIVIL CASE, EXHIBIT A |
| **SERVED:** | MARTY CIRKIEL |
| **ADDRESS:** | 1901 E PALM VALLEY BLVD ROUND ROCK, TX 78664 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 11/26/2013 | **CLOSED DATE:** | 12/05/2013 |
| **SERVICE CLASS:** | Regular | **ORDER TIME:** | 17:12 | **CLOSED TIME:** | 13:50 |

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 65.00 |
| **AMOUNT NOW DUE** | **65.00** |

Approved by:

AG # 133404806

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.



2014010200177

# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

2014 JAN 2 PM 2:05

ATTORNEY GENERAL
ACCOUNTING DIV

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/16/2013 | 10804 |

**Bill To**

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

| Cause No. |
|-----------|
| 4;13-CV-00271 |

| Style |
|-------|
| Jason Shurb
vs.
University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/10/2013 | Atty: Darren Gibson Morris
1.3 - Preparation and Service of Subpoena Duces Tecum - Sharon Shurb | 1 | 110.00 | 110.00 |
| | Witness Fee (Federal) | 1 | 40.00 | 40.00 |

Approved by:
D. Gibson

AG# 133 404 806

POSSIBLE DUP INVOICE

1/8/14  yes, see SID
2013121708019
CFF

| | TOTAL | $150.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



# INTEGRITY
legal support solutions

P.O. Box 245 | Manchaca, Texas 78652

2014·0102·00173

2013 DEC 30 PM 1:27

ATTORNEY GENERAL
ACCOUNTING DIV

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/30/2013 | 10829 |

<table>
<tr><td><b>Bill To</b></td><td colspan="2"><b>Cause No.</b></td></tr>
<tr><td rowspan="2">Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548</td><td colspan="2">4;13-CV-00271</td></tr>
<tr><td colspan="2"><b>Style</b></td></tr>
<tr><td></td><td colspan="2">Jason Shurb<br>vs.<br>University of Texas Health Science Center</td></tr>
</table>

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/6/2013 | Atty: Darren Gibson<br>Re: Jason Shurb<br>2.1 - Base Rate - Deposition by Written Questions - Texas A&M Office of the Registrar (Academic)<br>2.4 - Filing Certificate with Court<br>2.9 - Black and White Copying - Light Litigation<br>2.6 - Binding<br>1.41 - Exhibits Digitized to CD/DVD | 1<br><br>1<br>69<br>2<br>1 | 25.00<br><br>75.00<br>0.50<br>20.00<br>50.00 | 25.00<br><br>75.00<br>34.50<br>40.00<br>50.00 |

Approved by:

AG# 133404206

Thank you for your business.

**TOTAL** $224.50

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

*2014010200172* *2013 DEC 30 PM 1:27*

# INVOICE

ATTORNEY GENERAL
ACCOUNTING DIV.

| Date | Invoice # |
|------|-----------|
| 12/30/2013 | 10830 |

| Bill To |
|---------|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 |

| Cause No. |
|-----------|
| 4;13-CV-00271 |

| Style |
|-------|
| Jason Shurb<br>vs.<br>University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No | AG No. | Location |
|-----------|--------|---------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/6/2013 | Atty: Darren Gibson<br>Re: Jason Shurb<br>2.2 - Affidavit of - Dr. Joyce Davidson<br>2.9 - Black and White Copying - Light Litigation<br>2.6 - Binding<br>1.41 - Exhibits Digitized to CD/DVD | 1<br>258<br>2<br>1 | 100.00<br>0.50<br>20.00<br>50.00 | 100.00<br>129.00<br>40.00<br>50.00 |

*Approued by:*

*D. J. G.*

*AG# 133404806*

Thank you for your business.

| | TOTAL | $319.00 |
|---|-------|---------|

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



# INTEGRITY
## legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

**INVOICE**

*2014010200174〇* (handwritten)

2013 DEC 30 PM 1: 27

ATTORNEY GENERAL
ACCOUNTING DIV

| Date | Invoice # |
|---|---|
| 12/30/2013 | 10831 |

| Bill To |
|---|
| Office of the Attorney General |
| Accounting Office |
| P.O. Box 12548 Capital Station |
| Austin, TX 78711-2548 |

| Cause No. |
|---|
| 4;13-CV-00271 |

| Style |
|---|
| Jason Shurb |
| vs. |
| University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/6/2013 | Atty: Darren Gibson (MOYYY') | | | |
| | Re: Jason Shurb | | | |
| | 2.2 - Affidavit of - Dr. Randolf Evans, MD | 1 | 100.00 | 100.00 |
| | 2.9 - Black and White Copying - Light Litigation | 24 | 0.50 | 12.00 |
| | 2.6 - Binding | 2 | 20.00 | 40.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | Reimbursement for Prepayment of Custodial Fee | 1 | 40.00 | 40.00 |

*Approved by:* (handwritten)

*D___ (signature)* (handwritten)

*AG# 133404806* (handwritten)

Thank you for your business.

| | **TOTAL** | $242.00 |
|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**easy serve**
P O BOX 52490
Houston, TX 77052

2014010200 1697

2014 JAN -2 AM 8:29

ATTORNEY GENERAL
ACCOUNTING DIV

PEGGY HAMIL
GENERAL LITIGATION
P O Box 12548 (MC 019)
AUSTIN, TX 78711

INVOICE: 765-21855502
INVOICE DATE: 12/31/2013
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | 133404806 |
| **CAUSE #:** | 4:13-CV-00271 |
| **PLAINTIFF:** | JASON SHURB |
| **DEFENDANT:** | UNIVERSITY OF TX HEALTH SCIENCE CENTER AT HOUSTON |
| **DOCUMENTS:** | SUBPOENA IN A CIVIL CASE, EXHIBIT A |
| **SERVED:** | SHARON SHURB |
| **ADDRESS:** | 9800 FREDERICKSBURG ROAD SAN ANTONIO, TX 78288 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 11/26/2013 | **CLOSED DATE:** | 12/19/2013 |
| **SERVICE CLASS:** | Regular | **ORDER TIME:** | 17:12 | **CLOSED TIME:** | 07:20 |

**Reason Not Served: UNABLE TO SERVE - Required attempts met**

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 65.00 |
| **AMOUNT NOW DUE** | **65.00** |

Approved by:

AG # 133404806

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.



_2014006003631_

# INTEGRITY

legal support solutions

P.O. Box 245 | Manchaca, Texas 78652

**INVOICE**

2014 JAN -3 PM 4:44

ATTORNEY GENERAL
ACCOUNTING OFC

| | Date | Invoice # |
|---|---|---|
| | 1/3/2014 | 10839 |

| Bill To |
|---|
| Office of the Attorney General |
| Accounting Office |
| P.O. Box 12548 Capital Station |
| Austin, TX 78711-2548 |

| Cause No. |
|---|
| 4;13-CV-00271 |

| Style |
|---|
| Jason Shurb |
| vs. |
| University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/6/2014 | Atty: Darren Gibson | | | |
| | Re: Jason Shurb | | | |
| | 2.2 - Affidavit of - Dr. Randall Sellers (Medical) | 1 | 100.00 | 100.00 |
| | 2.9 - Black and White Copying - Light Litigation | 216 | 0.50 | 108.00 |
| | 2.6 - Binding | 2 | 20.00 | 40.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | Reimbursement for Prepayment of Custodial Fee | 1 | 62.00 | 62.00 |

_Approved by_

_D. G. G._

_AG# 133404806_

| Thank you for your business. | | **TOTAL** | $360.00 |
|---|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

2014011609278

2014 JAN 15 AM 8: 11

ATTORNEY GENERAL
ACCOUNTING DIV

PEGGY HAMIL
GENERAL LITIGATION
P O Box 12548 (MC 019)
AUSTIN, TX 78711

INVOICE: 765-21909801
INVOICE DATE: 1/15/2014
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| CLIENT REF.#: | 133404806 |
| CAUSE #: | 4:13-CV-00271 |
| PLAINTIFF: | JASON SHURB |
| DEFENDANT: | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON SCHOOL OF MEDICINE, ET AL |
| DOCUMENTS: | SUBPOENA, DEFENDANT UTHEALTH'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF DR.JOYCE DAVIDSON |
| SERVED: | JOYCE E. DAVIDSON, MD |
| ADDRESS: | 1977 BUTLER BLVD HOUSTON, TX 77030 |

| | | | | | |
|---|---|---|---|---|---|
| ORDER TYPE: | Civil Process | ORDER DATE: | 01/02/2014 | CLOSED DATE: | 01/07/2014 |
| SERVICE CLASS: | Regular | ORDER TIME: | 16:00 | CLOSED TIME: | 15:20 |

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 65.00 |
| Federal Witness Fee | 40.00 |
| **AMOUNT NOW DUE** | **105.00** |

Approved by:

AG# 133040480e

## All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

2014 FEB -3 PM 12: 09

ATTORNEY GENERAL
ACCOUNTING DIV

201402030014 29

# INVOICE

| Date | Invoice # |
|---|---|
| 2/3/2014 | 10892 |

<table>
<tr><td><b>Bill To</b></td></tr>
<tr><td>Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548</td></tr>
</table>

| Cause No. |
|---|
| 4;13-CV-00271 |

| Style |
|---|
| Jason Shurb<br>vs.<br>University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 1/22/2014 | Atty: Darren Gibson Murris<br>Re: Jason Shurb | | | |
| | 2.1 - Base Rate - Deposition by Written Questions - Dr. Harrison Yoo (Medial) Ordered on 12/06/13 | 1 | 25.00 | 25.00 |
| | 2.4 - Filing Certificate with Court | 1 | 75.00 | 75.00 |
| | 2.9 - Black and White Copying - Light Litigation | 270 | 0.50 | 135.00 |
| | 2.6 - Binding | 2 | 20.00 | 40.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | Reimbursement for Prepayment of Custodial Fee | 1 | 134.22 | 134.22 |

*Approved by:*

*AG # 133404806*

Thank you for your business.

| | TOTAL | $459.22 |
|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



# INTEGRITY

legal support solutions

P.O. Box 245 | Manchaca, Texas 78652

**INVOICE**

2014 APR -7 AM 8 06

ATTORNEY GENERAL
ACCOUNTING DIV

| Date | Invoice # |
|------|-----------|
| 4/3/2014 | 11023 |

| Bill To | Cause No. |
|---------|-----------|

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

| | 4;13-CV-00271 |

**Style**

Jason Shurb
vs.
University of Texas Health Science Center

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 3/18/2014 | Atty: Darren Gibson (partner) | | | |
| | 1.6 - Original & 1 Copy: Cost per Page - Jason Shurb, Vol. I | 226 | 4.95 | 1,118.70 |
| | 1.18 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 118 | 2.00 | 236.00 |
| | 1.19 - Copying Pages in Exhibit in Excess of 50 Pages | 306 | 0.50 | 153.00 |
| | 2.13 - Color Copying - 8.5 x 11 | 2 | 1.50 | 3.00 |
| | 1.26 - Binding | 2 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | 2.4 - Filing Fee | 1 | 75.00 | 75.00 |
| | Shipping/Handling - Original to Witness | 1 | 20.00 | 20.00 |

Approved by:

AG # 133404806

Thank you for your business.

**TOTAL** $1,655.70

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



2014040800-8949

# INTEGRITY
### legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

ATTORNEY GENERAL
ACCOUNTING DIV

| | Date | Invoice # |
|---|---|---|
| | 4/7/2014 | 11026 |

| Bill To | |
|---|---|
| Office of the Attorney General Accounting Office P.O. Box 12548 Capital Station Austin, TX 78711-2548 | |

| Cause No. |
|---|
| 4;13-CV-00271 |

| Style |
|---|
| Jason Shurb vs. University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Atty: Darren Gibson | | | |
| 3/19/2014 | 1.6 - Original & 1 Copy: Cost per Page - Jason Shurb, Vol. II | 170 | 4.95 | 841.50 |
| | 1.18 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 4 | 0.00 | 0.00 |
| | 1.19 - Copying Pages in Exhibit in Excess of 50 Pages | 17 | 0.00 | 0.00 |
| | 2.13 - Color Copying - 8.5 x 11 | 12 | 1.50 | 18.00 |
| | 1.26 - Binding | 2 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 0.00 | 0.00 |
| | 2.4 - Filing Fee | 1 | 50.00 | 50.00 |
| | Shipping/Handling - Exhibits | 1 | 75.00 | 75.00 |
| | Shipping/Handling - Original to Witness | 1 | 20.00 | 20.00 |
| | Subtotal | | | 1,024.50 |
| | | | | |
| | 1.6 - Original & 1 Copy: Cost per Page - Sharon Shurb | 105 | 4.95 | 519.75 |
| | 1.18 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 6 | 2.00 | 12.00 |
| | 1.19 - Copying Pages in Exhibit in Excess of 50 Pages | 19 | 0.00 | 0.00 |
| | 1.26 - Binding | 2 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | 2.4 - Filing Fee | 1 | 75.00 | 75.00 |
| | Subtotal | | | 656.75 |

Approved by

AG # 133404806

Thank you for your business.

| | | | **TOTAL** | $1,681.25 |
|---|---|---|---|---|

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

20140416015673



serve
P O BOX 52490
Houston, TX 77052

2014 APR 16  AM 8: 09

ATTORNEY GENERAL
ACCOUNTING DIV.

PEGGY HAMIL
GENERAL LITIGATION *Morris*
P O Box 12548 (MC 019)
AUSTIN, TX 78711

INVOICE: 765-22125401
INVOICE DATE: 4/15/2014
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | 133404806 |
| **CAUSE #:** | 4:13-CV-00271 |
| **PLAINTIFF:** | JASON SHURB |
| **DEFENDANT:** | UNIVERSITY OF TX HEALTH SCIENCE CENTER AT HOUSTON |
| **DOCUMENTS:** | SUBPOENA IN A CIVIL CASE, DEFENDANT UTHEATH'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF MARTY CIRKIEL, $40 WITNESS FEE |
| **SERVED:** | MARTY CIRKIEL |
| **ADDRESS:** | 1901 E PALM VALLEY BLVD ROUND ROCK, TX 78664 |

| | | | | | |
|---|---|---|---|---|---|
| **ORDER TYPE:** | Civil Process | **ORDER DATE:** | 04/10/2014 | **CLOSED DATE:** | 04/11/2014 |
| **SERVICE CLASS:** | Priority - Imaged | **ORDER TIME:** | 10:40 | **CLOSED TIME:** | 14:40 |

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 77.00 |
| Federal Witness Fee | 40.00 |
| **AMOUNT NOW DUE** | **117.00** |

Approved by:

AG 133404806

All of us at easy-serve appreciate your business!
For questions about this invoice, please contact us at
info@easy-serve.com, or 800 697 9751.

2014042102246



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

2014 APR 17 AM 7:07

ATTORNEY GENERAL
ACCOUNTING DIV

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/16/2014 | 11054 |

| Bill To |
|---------|
| Office of the Attorney General |
| Accounting Office |
| P.O. Box 12548 Capital Station |
| Austin, TX 78711-2548 |

| Cause No. |
|-----------|
| 4;13-CV-00271 |
| **Style** |
| Jason Shurb |
| vs. |
| University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 3/28/2014 | Atty: Darren Gibson | | | |
| | 1.6 - Original & 1 Copy: Cost per Page - Dr. Joyce Davidson | 108 | 4.95 | 534.60 |
| | 1.7 - Condensed Transcript with Index | 1 | 0.00 | 0.00 |
| | 1.18 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 16 | 2.00 | 32.00 |
| | 1.19 - Copying Pages in Exhibit in Excess of 50 Pages | 126 | 0.50 | 63.00 |
| | 1.26 - Binding | 3 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | 2.4 - Filing Fee | 1 | 75.00 | 75.00 |
| | Shipping/Handling - Exhibits | 1 | 20.00 | 20.00 |

Approved by:

AG # 133404806

Thank you for your business.

| | | | | **TOTAL** | **$774.60** |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |



# INTEGRITY
legal support solutions

P.O. Box 245 | Manchaca, Texas 78652

2014 APR 21 PM 12:07

ATTORNEY GENERAL
ACCOUNTING DIV.

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/21/2014 | 11057 |

**Bill To**

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

| Cause No. |
|-----------|
| 4;13-CV-00271 |

| Style |
|-------|
| Jason Shurb
vs.
University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 3/27/2014 | Atty: Darren Gibson | | | |
| | 1.42 - Audio Transcription of Cassette Tape/CD/DVD - First Meeting | 16 | 4.95 | 79.20 |
| | 1.26 - Binding | 1 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | Subtotal | | | 79.20 |
| | | | | |
| | 1.42 - Audio Transcription of Cassette Tape/CD/DVD - Jenkins Meeting | 119 | 4.95 | 589.05 |
| | 1.26 - Binding | 1 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | Subtotal | | | 589.05 |
| | | | | |
| | 1.42 - Audio Transcription of Cassette Tape/CD/DVD - Meeting with Dean | 18 | 4.95 | 89.10 |
| | 1.26 - Binding | 1 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | Subtotal | | | 89.10 |

Approved by:

D. [signature]

AG# 133404806

Thank you for your business.

**TOTAL** $757.35

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

2014 05 13 01 1757



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

2014 MAY -9 PM 4:04

ATTORNEY GENERAL
ACCOUNTING DIV

| Date | Invoice # |
|------|-----------|
| 5/8/2014 | 11117 |

| Bill To |
|---------|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 |

| Cause No. |
|-----------|
| 4;13-CV-00271 |

| Style |
|-------|
| Jason Shurb<br>vs.<br>University of Texas Health Science Center |

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 4/28/2014 | Atty: Darren Gibson | | | |
| | 1.6 - Original & 1 Copy: Cost per Page - Martin Cirkiel | 36 | 4.95 | 178.20 |
| | 1.7 - Condensed Transcript with Index | 1 | 0.00 | 0.00 |
| | 1.18 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 14 | 2.00 | 28.00 |
| | 1.19 - Copying Pages in Exhibit in Excess of 50 Pages | 17 | 0.00 | 0.00 |
| | 1.26 - Binding | 3 | 0.00 | 0.00 |
| | 1.28 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.41 - Exhibits Digitized to CD/DVD | 1 | 50.00 | 50.00 |
| | 2.4 - Filing Fee | 1 | 75.00 | 75.00 |
| | Shipping/Handling - Original to Witness | 1 | 20.00 | 20.00 |

Approved by:

AG# 133404806

Thank you for your business.

| | | | TOTAL | $351.20 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

# INVOICE

Certified Court Reporters and Video, LLC
7301 RR 620 North
Suite 155 - #385
Austin, TX 78726
Phone:(855) 227-8552   Fax:(855) 223-0005

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7821 | 5/9/2014 | 95515 |

| Job Date | Case No. | |
|---|---|---|
| 4/16/2014 | 4:13-CV-271 | |

| Case Name | | |
|---|---|---|
| Jason Shurb vs. The University of Texas Health Science Center at Houston | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Patricia Caver | 254.50 |
| **TOTAL DUE >>>** | **$254.50** |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT.  By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment.  Thank you for choosing Depo Dynamics.

*Approved by:*
*D-- G--*
AG# 133404806

**Tax ID:** 46-5163141

Phone: (512) 463-2120   Fax:

*Please detach bottom portion and return with payment.*

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 7821 |
| Invoice Date | : | 5/9/2014 |
| **Total Due** | : | **$254.50** |

Remit To:  **Certified Court Reporters and Video, LLC**
            **7301 RR 620 North**
            **Suite 155 - #385**
            **Austin, TX 78726**

| | | |
|---|---|---|
| Job No. | : | 95515 |
| BU ID | : | CCRV, LLC |
| Case No. | : | 4:13-CV-271 |
| Case Name | : | Jason Shurb vs. The University of Texas Health Science Center at Houston |

# INVOICE

Certified Court Reporters and Video, LLC
7301 RR 620 North
Suite 155 - #385
Austin, TX 78726
Phone:(855) 227-8552   Fax:(855) 223-0005

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7840 | 5/9/2014 | 95516 |

| Job Date | Case No. | |
|---|---|---|
| 4/17/2014 | 4:13-CV-271 | |

| Case Name | | |
|---|---|---|
| Jason Shurb vs. The University of Texas Health Science Center at Houston | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dr. Sheela Lahoti

316.02

**TOTAL DUE >>>**      **$316.02**

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT. By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment. Thank you for choosing Depo Dynamics.

Approved by:

AG# 133404806

**Tax ID:** 46-5163141

Phone: (512) 463-2120    Fax:

*Please detach bottom portion and return with payment.*

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 7840 |
| Invoice Date | : | 5/9/2014 |
| **Total Due** | : | **$316.02** |

Remit To:  **Certified Court Reporters and Video, LLC**
              **7301 RR 620 North**
              **Suite 155 - #385**
              **Austin, TX 78726**

| | | |
|---|---|---|
| Job No. | : | 95516 |
| BU ID | : | CCRV, LLC |
| Case No. | : | 4:13-CV-271 |
| Case Name | : | Jason Shurb vs. The University of Texas Health Science Center at Houston |

# INVOICE

Certified Court Reporters and Video, LLC
7301 RR 620 North
Suite 155 - #385
Austin, TX 78726
Phone:(855) 227-8552    Fax:(855) 223-0005

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7843 | 5/9/2014 | 95518 |

| Job Date | Case No. | |
|---|---|---|
| 4/18/2014 | 4:13-CV-271 | |

| Case Name | |
|---|---|
| Jason Shurb vs. The University of Texas Health Science Center at Houston | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dr. Margaret McNeese

214.96

**TOTAL DUE  >>>**          **$214.96**

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT.  By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment.  Thank you for choosing Depo Dynamics.

*Approved by:*

*[signature]*

*AG# 133404806*

**Tax ID:** 46-5163141

Phone: (512) 463-2120    Fax:

*Please detach bottom portion and return with payment.*

Darren Gibson
Assistant Attorney General's Office
300 W. 15th Street
11th Floor
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 7843 |
| Invoice Date | : | 5/9/2014 |
| **Total Due** | : | **$214.96** |

Remit To:  **Certified Court Reporters and Video, LLC**
**7301 RR 620 North**
**Suite 155 - #385**
**Austin, TX 78726**

| | | |
|---|---|---|
| Job No. | : | 95518 |
| BU ID | : | CCRV, LLC |
| Case No. | : | 4:13-CV-271 |
| Case Name | : | Jason Shurb vs. The University of Texas Health Science Center at Houston |

2014052702997|



# INTEGRITY
legal support solutions

P.O. Box 245 | Manchaca, Texas 78652   **2014 MAY 27  AM 8:06**

# INVOICE

ATTORNEY GENERAL
ACCOUNTING DIV

| Date | Invoice # |
|------|-----------|
| 5/26/2014 | 11144 |

**Bill To**

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

**Cause No.**

4;13-CV-00271

**Style**

Jason Shurb
vs.
University of Texas Health Science Center

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|-----------|--------|----------|--------|----------|
| 1264073074800 | 26-4073074 | 302-4-0393 | 133404806 | Austin |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/6/2013 | Atty: Darren Gibson  CM<br>Re: Jason Shurb<br>Reimbursement for Prepayment of Custodial Fee - The Methodist<br>Hospital - Sugar Land | 1 | 75.00 | 75.00 |

Thank you for your business.

**TOTAL**   $75.00

| Phone # | Fax # | Website |
|---------|-------|---------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

APPROVED: _____

DATE: _____6/20/14_____

AG #: __133404806__